### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **AURORA BURDETTE**, Individually, and on behalf of a Class of Oklahoma citizens who are insured by SafeCo, <br><br> Plaintiff, <br><br> v. <br><br> **SAFECO INSURANCE COMPANY OF AMERICA,** <br><br> Defendant. | Case No. 15-cv-588M |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Aurora Burdette, and Defendant, Safeco Insurance Company of America, hereby stipulate to the dismissal of this action without prejudice to further action thereon. Each party to bear their own costs and attorneys' fees.

Respectfully submitted,

/s Darren M. Tawwater
Larry A. Tawwater, OBA No. 8852
Darren M. Tawwater, OBA No.18854
**THE TAWWATER LAW FIRM, P.L.L.C.**
One TSquared Place
14001 Quail Springs Parkway
Oklahoma City, Oklahoma  73134
Telephone:   (405) 607-1400
Facsimile:   (405) 607-1450
Email:        lat@tawlaw.com
                    dtaw@tawlaw.com

**ATTORNEYS FOR PLAINTIFF**

/s William W. O'Connor
(Signed by Filing Attorney with Permission of Attorney)
William W. O'Connor, OBA No. 13200
Jerrick L. Irby, OBA No. 30876
Margo E. Shipley, OBA No. 32118
Kevin P. Simpson, OBA No. 32120
**NEWTON O'CONNOR TURNER & KETCHUM, P.C.**
15 West Sixth Street, Suite 2700
Tulsa, Oklahoma 74119-5423
(918) 587-0101 telephone
(918) 587-0102 facsimile
boconnor@newtonoconnor.com
jirby@newtonoconnor.com
mshipley@newtonoconnor.com
ksimpson@newtonoconnor.com

**ATTORNEYS FOR DEFENDANT**